| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Matthew E. Faler**<br>**17330 Brookhurst St., Suite 240**<br>**Fountain Valley, CA 92708**<br>**(714) 465-4433 Fax: (714) 965-7823**<br>California State Bar Number: 243067<br><br>*Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Rhonda Denise Campbell**<br><br><div align="right">Debtor.</div> | CHAPTER __13__<br><br>CASE NUMBER **8:09-bk-12236-TA**<br><br><div align="center">(No Hearing Required)</div> |
|---|---|

## DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING
## PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)

1.  I am the ☐ Movant  ☒ Movant's Attorney          in this matter and hereby declare as follows:

2.  On *(specify date)*:  __09/30/2010__ , Movant filed a motion entitled *(specify)*: Application for Additional Costs

3.  A copy of the motion and notice of motion is attached hereto.

4.  Pursuant to Local Bankruptcy Rule 9013-1(o), the motion was served by mail on *(specify date)*:  __09/30/2010__ , together with a notice stating that any party objecting to the motion has 14 days within which to file and serve any written objection and request a hearing on the above motion.

5.  More than __14__ days have passed since the service of the notice of motion.

6.  No objection has been timely served on Movant at the address specified in the notice. Therefore, no hearing is required.

7.  The proposed Order is submitted herewith. *(Submit original and appropriate copies of Order with envelopes and Notice of Entry)*

WHEREFORE, Movant requests that the Order granting the relief requested in the motion be signed and entered forthwith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at __Fountain Valley__ , California.

Dated:

__Matthew E Faler__
*Type Name of Declarant*

*Signature of Declarant*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration Re: Entry of Order without Hearing Pursuant to
Local Bankruptcy Rule 9013-1(o) - *Page 2*

# F 9013-1.9

| in re | | |
|---|---|---|
| **Rhonda Denise Campbell** | | CHAPTER: **13** |
| | Debtor(s). | CASE NO.: **8:09-bk-12236-TA** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 17330 Brookhurst Street, Ste 240, Fountain Valley CA 92708

A true and correct copy of the foregoing document described as __**Declaration Re: Entry of Order without Hearing**__    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**US Trustee (SA): ustpregion16.sa.ecf@usdoj.gov**
**Amrane Cohen (TR): efile@ch13ac.com**
**Matthew E Faler on behalf of Debtor: mfaler@faler-law.com**
**William Malcom  on behalf of Interested Party:  bill@mclaw.org**
**Ramesh Singh on behalf of Interested Party: claims@recoverycorp.com**

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __**10/29/2010**__ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodor Albert**
**U.S. Bankruptcy Court**
**411 West Fourth Street, Suite 5085**
**Santa Ana, CA 92701**

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/29/2010 | **Anthony Castillo** | /s/ Anthony Castillo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Matthew E. Faler**<br>**Law Offices of Matthew E. Faler**<br>**17330 Brookhurst St., Suite 240**<br>**Fountain Valley, CA 92708**<br>**(714) 465-4433 Fax: (714) 965-7823**<br>**243067**<br>☒ *Attorney for Debtor* | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER: **13** |
|---|---|
| In re:<br><br>**Rhonda Denise Campbell** | CASE NUMBER **8:09-bk-12236-TA** |
| Debtor. | (No Hearing Required) |

## NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULE 9013-1(o) FOR:

**Application of Matthew E. Faler for Additional Costs and Fees**

1.  TO: Debtor and Chapter 13 Trustee

2.  NOTICE IS HEREBY GIVEN that Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion filed by Movant, a brief description of which is contained in the Description of Relief Sought attached hereto and served and filed herewith. Said Motion is based upon the grounds set forth in the said Motion and accompanying Description of Relief Sought. Said Motion is made pursuant to Local Bankruptcy Rule 9013-1(g)(1), which provides for granting of motions without a hearing. (Check appropriate box below):

    ☒  The full Motion is attached hereto.

    ☐  The full Motion has been filed with the Bankruptcy Court and a detailed description of the relief sought is attached hereto.

3.  **Deadline for Opposition Papers and Request for a Hearing:** Pursuant to Local Bankruptcy Rule 9013-1(g)(1), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing on this Motion. If you fail to file a written response within 14 days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: 9/30/10

Date Notice Mailed: 9/30/10

Law Offices of Matthew E. Faler
*Law Firm Name*

By: _____

Name:   **Matthew E. Faler**
        *Attorney for Movant*

*December 2009*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-1.2**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Notice of Motion (L.B.R. 9013-1(o)) - *Page 2*                                    **F 9013-1.2**

| In re<br>**Rhonda Denise Campbell** | CHAPTER: **13** |
|---|---|
| Debtor(s) | CASE NO.: **8:09-bk-12236-TA** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **17330 Brookhurst Street, Suite 240, Fountain Valley, CA  92708**

A true and correct copy of the foregoing document described as **Notice and Application for Additional Legal Fees** ___ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/30/10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
**Amrane Cohen, efile@ch13ac.com**
**US Trustee, ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ___**9/30/10**___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 30, 2010 | Shawn Eldridge | /s/ Shawn Eldridge |
|---|---|---|
| Date | Type Name | Signature |

*December 2009*                     This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.        **F 9013-1.2**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

## In Re: Campbell 8:09-bk-12236

Rhonda Denise Campbell
12312 Lambert Cir
Garden Grove, CA 92841

Capital One Bank
POB 60024
City Of Industry, CA 91716

Chase Auto Finance
POB 90106
Fort Worth, TX 76101-2076

Chris Gipe, DDS
3532 Howard Ave
Los Alamitos, CA 90720

David A. McCraken
17921 Orange Tree Ln
Tustin, CA 92780

Dolphins Cove Resort
10650 West Charleston Blvd, Ste 160
Las Vegas, NV 89135

First Premier Bank
601 South Minnesota Ave
Sioux Falls, SD 57104

Garden Grove Hospital and M/C
3033 West Orange
Anaheim, CA 92804-9983

HSBC Bank
POB 9068
Brandon, FL 33509

Internal Revenue Service
P.O. Box 105416
Atlanta, GA 30348

ISAC
1755 Lake Cook Rd
Deerfield, IL 60015

John Wolfe
5450 Trabuco Road
Irvine, CA 92620

Litton Loan Servicing, LP
c/o McCalla Raymer, LLC
Bankruptcy Dept
1544 Old Alabama Rd
Roswell, GA 30076

Monterey Financial Services
POB 2669
Carlsbad, CA 92018

Orange County Animal Services
561 The City Drive South
Orange, CA 92868-3348

Sallie Mae Servicing
POB 9500
Wilkes Barre, PA 18773-9500

Shell Vacation
POB 78843
Phoenix, AZ 85062-8843

Wyndham Vacation
5259 Coconut Creek Pkwy
Pompano Beach, FL 33063

Matthew E. Faler, Esq. (State Bar No. 243067)
Law Offices of Matthew E. Faler, P.C.
17330 Brookhurst St., Suite 240
Fountain Valley, CA 92708
Tel: (714)465-4433/Fax: (714)965-7823
Email: mfaler@faler-law.com


Attorney for Debtor




**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**


|  |  |
|---|---|
| In Re<br><br>   CAMPBELL, RHONDA<br><br>         Debtor, | Case No.: 8:09-BK-12236-TA<br><br>Chapter 13<br><br>APPLICATION OF MATTHEW E. FALER<br>FOR ADDITIONAL COSTS AND LEGAL<br>FEES LBR 3015-1(v)(2); DECLARATION<br>OF MATTHEW E. FALER; EXHIBITS<br><br>[No hearing required] |


### I.   Introduction

   Debtor Rhonda Campbell("Debtor") filed for Chapter 13 bankruptcy on

March 17, 2009. Prior to filing Debtor paid her attorney of record

Matthew E. Faler $1,000 for legal fees, and $25.00 for the filing fee.

(See Rights and Responsibilities, Exhibit "A").   Debtor agreed to pay

her attorney $3,000.00 through the plan.   (See Rights and

Responsibilities, Exhibit "A").

   Debtor's plan was confirmed on May 17, 2010.   (See Faler

Declaration; Order Confirming Plan, Exhibit "B").   In order to ensure

1   successful confirmation of the plan, it was imperative to modify Debtor's

2   secured debt payments and deem the Debtor's second trust deed unsecured.

3   The order to modify the secured debt payment was signed on March 30, 2010.

4   (See Order Granting Motion, Exhibit "C") The motion to avoid lien was

5   granted on July 27, 2010 and order signed by the court on September 10,

6   2010(See Order Granting Motion, Exhibit "D"). In drafting the Motion to

7   Modify Secured Payment and the Motion to Avoid Lien Debtor's counsel

8   incurred approximately $1542.80 in additional legal fees and costs. (See

9   Campbell Hours, Exhibit "E").

10

11

12

13                               **II.    Argument**

14      A professional person employed by the estate may be awarded

15   reimbursement for actual and necessary expenses. 11 U.S.C. § 330(a)(1)(B).

16   In determining whether the amount of costs or compensation to the

17   professional is reasonable, the court among other things shall consider

18   whether the services were necessary or beneficial at the time the service

19   was rendered.  11 U.S.C. § 330 (a)(3)(C).

20      Central District of California provides for Debtors and counsel to

21   enter into a Rights and Responsibilities Agreement between Chapter 13

22   Debtors and their Attorneys ("RARA"), which specifies the services the

23   attorney will provide for a set fee. LBR 3015-1. Any services or costs

24   incurred in addition to those delineated in the RARA, may be recouped by

25   the attorney upon application to the court and review by the Chapter 13

26   Trustee. LBR 3015-1.

27

28

1    In this particular case, Debtor and Attorney entered into a RARA.

2  (See Rights and Responsibilities, Exhibit "A").  Motions to Modify Secured

3  Debt and Motions to Avoid Liens are not covered in the basic RARA

4  agreement.(See Exhibit "A").  Attorney incurred additional legal fees and

5  costs in successfully prosecuting this motion in the amount of $1542.80

6  (See Campbell Hours, Exhibit "E").  These Motions are beneficial to the

7  Debtors as one lowered her monthly payments and the other eliminated a

8  sizeable secured debt and it was beneficial to the estate in that it

9  increased the dividend to unsecured creditors, as without the motion,

10  Debtor would be paying approximately $300.00 a month to her second deed of

11  trust holder.  (See Faler Declaration).

### III.    Conclusion

    Based on the foregoing, Debtors' attorney request the entry of an

order, authorizing the payment of $1542.80 in additional costs and legal

fees to Matthew E. Faler.

Dated: 9|30/10

_____

Matthew E. Faler, Esq.

Attorney for Debtors

### DECLARATION OF MATTHEW E. FALER

1. I make this declaration from my own personal knowledge, and if I was called to testify under the penalty of perjury I would testify to the same.

2. I am Debtors' attorney of record in the above captioned matter.

3. Attached as Exhibit "A" is a true and correct copy of the Rights and Responsibilities agreement in this matter.

4. Attached as Exhibit "B" is a true and correct copy of the order confirming the plan.

5. Attached as Exhibit "C" and "D" are true and correct copies of the orders granting the Motions.

6. Attached as Exhibit "E" is a true and correct copy of the time and costs incurred in preparing the Motions and guiding the Motions to a successful conclusion.

7. These Motions were beneficial to the Debtor as it eliminated a sizeable secured debt and it was beneficial to the estate in that it increased the dividend to unsecured creditors, as without the motion, Debtor would be paying approximately $300.00 per month to her second deed of trust holder.

8. All of the time referenced in Exhibit "E" was beneficial to the estate and debtors. Any time spent on re-work, or non-beneficial has not been listed.

Made under the penalty of perjury

Dated: 9/30/10

Matthew E. Faler

---

– 4 –

# EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Matthew E. Faler**<br>**Law Offices of Matthew E. Faler**<br>**17330 Brookhurst St., Suite 240**<br>**Fountain Valley, CA 92708**<br>**(714) 465-4433 Fax: (714) 965-7823**<br>California State Bar Number: 243067<br><br>☒ Attorney for Debtor | |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER **8:09-bk-12236-TA** |
| In re<br><br><br>**Rhonda Denise Campbell**<br><br><br>                                    Debtor(s). | **RIGHTS AND RESPONSIBILITIES**<br>**AGREEMENT BETWEEN**<br>**CHAPTER 13 DEBTORS**<br>**AND THEIR ATTORNEYS** |

It is important for Debtors who file a chapter 13 bankruptcy case to understand their rights and responsibilities. It is also important for Debtors to know what their attorneys' responsibilities are and to communicate carefully with their attorneys to make the case successful. Debtors also are entitled to expect certain services to be performed by their attorneys. In order to assure that Debtors and their attorneys understand their rights and responsibilities in the bankruptcy process, the following rights and responsibilities have been adopted by the court. The signatures below indicate that the responsibilities outlined in the agreement have been accepted by the Debtors and their attorneys. Nothing in this agreement is intended to modify, enlarge or abridge the rights and responsibilities of a "debt relief agency," as that term is defined and used in 11 U.S.C. § 101, et. seq.

Any attorney retained to represent a Debtor in a chapter 13 case is responsible for representing the Debtor on all matters arising in the case, other than adversary proceedings, unless otherwise ordered by the court. The attorney may not withdraw absent a consensual withdrawal or substitution of counsel or approval by the court of a motion for withdrawal or substitution of counsel considered after notice and a hearing. When appropriate, the attorney may apply to the court for compensation additional to the maximum initial fees set forth below in this agreement.

**BEFORE THE CASE IS FILED, THE DEBTOR AGREES TO:**

1.    Discuss with the attorney the Debtor's objectives in filing the case.

2.    Timely provide the attorney with accurate information, financial and otherwise.

3.    Timely provide the attorney with all documentation requested by the attorney, including but not limited to, true and correct copies of the following documents*:

   a.    Certificate of Credit Counseling, together with the debt repayment plan, if any, prepared by the nonprofit budget and credit counseling agency that provided individual counseling services to the debtor prior to bankruptcy.

   b.    Proof of income from all sources received during the period of 7 months before the date of the filing of the petition, including but not limited to paycheck stubs, Social Security statements, worker's compensation, rental, pension, disability, and self-employment income, and other payment advices. For businesses, the Debtor should provide report(s) disclosing monthly income and expenses for the period of 6 months before the date of the filing of the petition.

   c.    Proof of ability to pay from any person contributing income to the case.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                                                                                **F 3015-1.7**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                      Best Case Bankruptcy

Rights and Responsibilities Agreement Between Chapter 13 Debtors
and Their Attorneys - *Page 2 of 6*                                    **F 3015-1.7**

| In re | CHAPTER 13 |
|---|---|
| **Rhonda Denise Campbell** | |
| Debtor(s). | CASE NUMBER **8:09-bk-12236-TA** |

d.   Federal and state income tax returns, or transcripts of such returns, for the most recent tax year ending immediately before the commencement of the case.

e.   Proof of the debtor's identity, including a driver's license, passport, or other document containing a photograph of the debtor.

f.   A record of the debtor's interest, if any, in an educational individual retirement account or under a qualified State tuition program.

g.   The name, address and telephone number of any person or state agency to whom the Debtor owes back child or spousal support, the name, address and telephone number of any person or state agency to whom the Debtor makes current child or spousal support payments and all supporting documents for the child or spousal support payments. Examples of supporting documents are a court order, declaration of voluntary support payments, separation agreement, divorce decree and a property settlement agreement.

h.   Insurance policies owned by the debtor, including homeowner's insurance, business insurance, automobile insurance, fire insurance, flood insurance, earthquake insurance, and credit life insurance.

* All documents submitted to the attorney must be copies as the documents will not be returned to the Debtor.

**AFTER THE CASE IS FILED, THE DEBTOR AGREES TO:**

1.   Timely make the required monthly payments.

2.   Comply with the chapter 13 rules and procedures.

3.   Keep the chapter 13 trustee and attorney informed of the Debtor's current address and telephone number, and the Debtor's employment status.

4.   Sign a payroll deduction order, if one is required.

5.   Inform the attorney of any change in the Debtor's marital status, the commencement of any child support or spousal support obligation, or a change in any existing child support or spousal support obligation.

6.   Inform the attorney of any wage garnishments or liens or levies on assets that occur or continue after the filing of the case.

7.   Contact the attorney promptly if the Debtor loses his or her job, encounters other new or unexpected financial problems, if the Debtor's income increases, or if the Debtor receives, or learns of the right to receive, money or other proceeds of an inheritance or legal action.

8.   Timely inform the attorney of any change in a creditor's address or payment amount.

9.   Keep records of all mortgage, vehicle and personal property payments made to all secured creditors during the case.

10.   Provide the attorney with any federal tax returns or transcripts requested pursuant to 11 U.S.C. § 521(f).

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                          **F 3015-1.7**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy

Rights and Responsibilities Agreement Between Chapter 13 Debtors **F 3015-1.7**
and Their Attorneys - *Page 3 of 6*

| In re | CHAPTER 13 |
|---|---|
| **Rhonda Denise Campbell** | |
| Debtor(s). | CASE NUMBER **8:09-bk-12236-TA** |

11.  Contact the attorney promptly if the Debtor is sued during the case or if the Debtor commences a lawsuit or intends to settle any dispute.

12.  Inform the attorney if any tax refunds to which the Debtor is entitled are seized or not received when expected by the Debtor from the IRS or Franchise Tax Board.

13.  Contact the attorney promptly before buying, refinancing, or selling real property, and before incurring substantial additional debt.

14.  Pay directly to the attorney any filing fees.

**BEFORE THE CASE IS FILED, THE ATTORNEY AGREES TO PROVIDE AT LEAST THE FOLLOWING LEGAL SERVICES:**

As used herein, the term "Personally" means that the described service shall be performed only by an attorney who is a member in good standing of the State Bar of California and admitted to practice before this court. The service shall not be performed by a non-attorney even if such individual is employed by the attorney and under the direct supervision and control of such attorney.

1.  **Personally meet with the Debtor to review the Debtor's assets, liabilities, income, and expenses.**

2.  **Personally counsel the Debtor regarding the advisability of filing either a chapter 13 or a chapter 7 case, discuss both procedures with the Debtor, and answer the Debtor's questions.**

3.  **Personally review with the Debtor the completed petition, plan, statements, and schedules, as well as all amendments thereto, whether filed with the petition or later.**

4.  **Personally explain to the Debtor that the attorney is being engaged to represent the Debtor on all matters arising in the case, as required by Local Bankruptcy Rule 3015-1(t).**

5.  **Personally explain to the Debtor how and when the attorney's fees and the trustee's fees are determined and paid, and provide an executed copy of this document to the Debtor.**

6.  **Timely prepare and file the Debtor's petition, plan, statements, schedules, and required documents and certificates.**

7.  **Explain which payments must be made directly to creditors by the Debtor and which payments will be made through the Debtor's chapter 13 plan, with particular attention to mortgage and vehicle loan or lease payments.**

8.  **Explain to the Debtor how, when, and where to make the chapter 13 plan payments.**

9.  **Explain to the Debtor how, when, and where to make postpetition mortgage, mobile home, manufactured home, and vehicle loan and lease payments.**

10. **Advise the Debtor of the necessity to maintain appropriate insurance, including homeowner's insurance and liability, collision and comprehensive insurance on vehicles securing loans or leases.**

**AFTER THE CASE IS FILED, THE ATTORNEY AGREES TO PROVIDE AT LEAST THE FOLLOWING**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 3015-1.7**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

Rights and Responsibilities Agreement Between Chapter 13 Debtors **F 3015-1.7**
and Their Attorneys - *Page 4 of 6*

| In re | CHAPTER 13 |
|---|---|
| Rhonda Denise Campbell | |
| Debtor(s). | CASE NUMBER **8:09-bk-12236-TA** |

**LEGAL SERVICES:**

1.  Advise the Debtor of the requirement to attend the § 341(a) meeting of creditors, and instruct the Debtor as to the date, time, and place of the meeting. In the case of a joint filing, inform the Debtor that both spouses must appear.

2.  Inform the Debtor that the Debtor must be punctual for the § 341(a) meeting of creditors. "Punctual" means that the attorney and the debtor(s) must be present in time for check-in. After checking in, if the attorney finds it necessary to request second call, the attorney and the debtor(s) must be present for examination before the end of the calendar.

3.  Attend the § 341(a) meetings and any court hearing, either personally or through another attorney from the attorney's firm or through an appearance attorney who has been adequately briefed on the case.

4.  Advise the Debtor if an appearance attorney will appear on the Debtor's behalf at the § 341(a) meeting or any court hearing, and explain to the Debtor in advance, if possible, the role and identity of the appearance attorney. In any event, the attorney is responsible to prepare adequately the appearance attorney in a timely fashion and to furnish the appearance attorney with all necessary documents, hearing notes, and other necessary information in sufficient time to allow for review of such information and proper representation of the Debtor.

5.  Timely serve the plan and mandatory notice on all creditors.

6.  Timely submit to the chapter 13 trustee properly documented proof of all sources of income for the Debtor, including business reports and supporting documentation required by Local Bankruptcy Rules.

7.  Timely respond to objections to plan confirmation and, where necessary, prepare, file, and serve an amended plan.

8.  Timely prepare, file, and serve any necessary amended statements and schedules and any change of address, in accordance with information provided by the Debtor.

9.  Monitor all incoming case information throughout the case (including, but not limited to, Order Confirming Plan, Notice of Intent to Pay Claims, and the chapter 13 trustee's status reports) for accuracy and completeness. Contact the trustee promptly regarding any discrepancies.

10. Review the claims register and the chapter 13 trustee's notice of intent to pay claims after entry of a plan confirmation order.

11. File objections to improper or invalid claims, when appropriate.

12. Prepare and file a proof of claim, when appropriate, if a creditor fails to do so.

13. Prepare, file, and serve timely motions to modify the plan after confirmation, when necessary.

14. Prepare, file, and serve motions to buy, sell, or refinance real or other property, when appropriate.

15. Prepare, file, and serve any other motion that may be necessary to appropriately represent the Debtor in the case, including but not limited to, motions to impose or extend the automatic stay.

Rights and Responsibilities Agreement Between Chapter 13 Debtors    **F 3015-1.7**
and Their Attorneys - *Page 5 of 6*

| In re | CHAPTER 13 |
|-------|------------|
| **Rhonda Denise Campbell** | |
| Debtor(s). | CASE NUMBER **8:09-bk-12236-TA** |

16.  Timely respond to all motions filed by the chapter 13 trustee, and represent the Debtor in response to all other motions filed in the case, including but not limited to, motions for relief from stay.

17.  When appropriate, prepare, file, and serve motions to avoid liens on real or personal property, and motions to value the collateral of secured creditors.

18.  Be available to respond to the Debtor's questions throughout the term of the plan, and provide such other legal services as are necessary for the administration of the case before the bankruptcy court.

19.  Represent the Debtor at a discharge hearing, if required.

20.  If not representing the Debtor in adversary proceedings, assist the Debtor in obtaining competent counsel to represent the Debtor in any adversary proceeding filed in the case.

## ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES *AND COSTS*:

The guidelines in this district for payment of costs incurred in performing the services described in bold face type in this agreement ("Included Costs") and attorneys' fees in chapter 13 cases without a detailed fee application provide for the following maximum Included Costs and fees for the services described in this agreement in bold face type (that is, the services described on pages 3 through 5 of this agreement):  $4,500 (excluding the petition filing fee) in cases where the Debtor is engaged in a business; or $4,000 (excluding the petition filing fee) in all other cases.  In this case the parties agree that the Included Costs (excluding the petition filing fee) and fee for the services described in bold face type in this agreement will be $ _4,000.00_ .

Other than the initial retainer, the attorney may not receive fees directly from the Debtor prior to confirmation. All other fees due through confirmation shall be paid through the plan unless otherwise ordered by the court.

If the attorney performs tasks on behalf of the Debtor not set forth in bold face, the attorney may apply to the court for additional fees and costs, but such applications will be reviewed by both the chapter 13 trustee and the court. The attorney agrees to charge for such additional services at the rate of $ _200_ per hour. The attorney agrees to give the Debtor written notice of any change in the hourly rate prior to rendering additional services. Alternatively, the attorney may charge a reasonable flat fee for some specified service(s). In either event, the attorney shall disclose to the court in the fee application any fees paid or costs reimbursed by the Debtor and the source of those payments. The attorney may receive fees for such additional services directly from the Debtor. Any fees received directly from the Debtor will be deposited in the attorney's trust account until a fee application is approved by the court.

If the Debtor disputes the legal services provided or the fees charged by the attorney, the Debtor may file an objection with the court and request a hearing. Should the representation of the Debtor create a hardship, the attorney may seek a court order allowing the attorney to withdraw from the case. The Debtor may discharge the attorney at any time.

Debtor's Signature.  The Debtor's signature below certifies that the Debtor has read, understands and agrees to the best of his or her ability to carry out the terms of this agreement, agrees to the scope of this agreement, and has received a signed copy of this agreement.

Attorney's Signature.  The attorney's signature below certifies that before the case was filed the attorney personally met with, counseled, and explained the foregoing matters to the Debtor and verified the number and status of any prior bankruptcy case(s) filed by the Debtor or any related entity, as set forth in Local Bankruptcy Rule 1015-2. This agreement does not constitute the written fee agreement contemplated by the

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.7**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Rights and Responsibilities Agreement Between Chapter 13 Debtors
and Their Attorneys - *Page 6 of 6*

**F 3015-1.7**

| In re | CHAPTER 13 |
| **Rhonda Denise Campbell** | |
| Debtor(s). | CASE NUMBER **8:09-bk-12236-TA** |

California Business & Professions Code.

/s/ Rhonda Denise Campbell                8/4/09
*Debtor*                                  *Date*

/s/ Matthew E. Faler                      8/4/09
*Attorney*                                *Date*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                **F 3015-1.7**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

# EXHIBIT B

AMRANE COHEN
Chapter 13 Trustee
Orange City Square
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone: (714) 621-0200 Fax (714)(621-0277
efile@ch13ac.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In Re:<br>RHONDA DENISE CAMPBELL<br><br>AKA RHONDA DENISE MCCRAKEN<br><br>Social Security No. xxx-xx-**1297**   Debtor<br>Social Security No. xxx-xx-**0000**   Co-debtor | Chapter 13<br>Case No. 8:09-bk-12236-RK<br><br>**ORDER CONFIRMING**<br>**CHAPTER 13 PLAN**<br><br>Hearing date:  April 27, 2010<br>Hearing time:  1:30 PM<br>Courtroom    5B |

Debtor's Chapter 13 Plan or modified Plan, if any, was filed on 1/18/2010, and the Plan, or the final modified Plan if any, was served on the creditors pursuant to Bankruptcy Rule 3015, and the court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

1.   The Debtor's plan is confirmed with the following provisions:

The plan payment amount is **$300.00(1)**.  The due date is **17th** day of each month for **60** months.  Interlineations contained in the Trustee's Report and Motion for Confirmation of Plan and Allowance of Fees, if any, are hereby approved and made a part of the Plan.

2.   Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by the debtor.

3.   Other provisions:

(a)    X  This is a base plan with the debtors paying at least **$24,480.00** of disposable income into the Plan. Debtor shall submit statements of income on a semi-annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the Court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the plan, are paid 100%.

(b)    X The Trustee is authorized to make payments to holders of secured claims based on the Debtor's plan.

(c)    X  Debtor's attorney is awarded fees of **$4,000.00**; having received **$825.00**, counsel is entitled to **$3,175.00** from the Estate

Dated:

_____
The Hon. ROBERT N. KWAN
United States Bankruptcy Judge

| | |
|---|---|
| In re:<br>RHONDA DENISE CAMPBELL<br>12312 LAMBERT CIR<br>GARDEN GROVE, CA 92841 Debtor(s). | CHAPTER 13<br><br>Case No.:8:09-bk-12236-RK |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information shall be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief . DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify)ORDER CONFIRMING CHAPTER 13 PLAN was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 5/18/2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Amrane Cohen
United States Trustee(SA)
MATTHEW E FALER

efile@ch13ac.com
ustpregion16.sa.ecf@usdoj.gov
mfaler@faler-law.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

RHONDA DENISE CAMPBELL
12312 LAMBERT CIR
GARDEN GROVE, CA 92841

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by the U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

AMRANE COHEN
Chapter 13 Trustee
Orange City Square
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone: (714) 621-0200 Fax (714)(621-0277
efile@ch13ac.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In Re:                                          }          Chapter 13
                                                }          Case No. 8:09-bk-12236-RK
    RHONDA DENISE CAMPBELL                       }
                                                }
    AKA RHONDA DENISE MCCRAKEN                    }          **TRUSTEE'S REPORT AND MOTION FOR CONFIRMATION**
                                                }          **OF PLAN AND ALLOWANCE OF FEES**
Social Security No. xxx-xx-1297   Debtor         }
Social Security No. xxx-xx-0000   Co-debtor      }
                                                }
                                                }
_____                )

Comes now the duly appointed Trustee in this case, and from the First Meeting of Creditors shows to the Court the following:

    Debtor's net income is **$5,202.69** per month
    Spouse/other net income is **$ .00** per month
    Debtor's Budget shows **$296.03** disposable income per month
    Debtor proposes to pay **$ 300.00(1)** per month into the plan
    Estimated number of months to complete: **60** months
    This Plan will pay **13%** to unsecured creditors.

By interlineations: **(1)The plan payment will be $300.00 for the first 36 months, then it increases to $570.00 from month 37 to the end of the plan. The debtor will make the property tax payments which come due post-confirmation directly to the Orange County Tax Collector. This is a base plan with all tax refunds pledged into the plan for the duration of the plan.  The base amount is $24,480.00.**

The Plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee prays that the Court approve this report, confirm debtor's Plan, and allow attorney fees in the amount set forth in the Order Confirming Plan.

Dated: May 17, 2010

_____
Amrane Cohen, Chapter 13 Trustee

| In re: | CHAPTER 13 |
|---|---|
| RHONDA DENISE CAMPBELL | Case No.:8:09-bk-12236-RK |
| 12312 LAMBERT CIR | |
| GARDEN GROVE, CA 92841  Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orderds do not generate an NEF becasue only orders that have been entered are placed on the CM/BCF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address:
770 THE CITY DR. SOUTH, #3300
ORANGE, CA 92868

A true and correct copy of the foregoing document described ORDER CONFIRMING CHAPTER 13 PLAN will be served or was served (a)on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s)("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document . On 5/18/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 5/18/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed anvelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

RHONDA DENISE CAMPBELL
12312 LAMBERT CIR
GARDEN GROVE, CA 92841

MATTHEW E FALER
LAW OFFICES OF MATTHEW E FALER
17330 BROOKHURST ST SUITE 240
FOUNTAIN VALLEY, CA 92708

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR MAIL** (indicate method for each person or entity served): Pursuant to F.R. Civ.P. 5 and/or controlling LBR, on 5/18/2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 18, 2010 | REYNA PATRICK | /s/ REYNA PATRICK |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# EXHIBIT C

**The Law Offices of Matthew E. Faler**
Matthew E. Faler, Esq (SBN 243067)
17330 Brookhurst St Ste 240
Fountain Valley, CA 92708
Telephone No: (714) 465-4433
Facsimile No: (714) 965-7823

Attorney for Debtors

```
+--------------------------------------+
|         FILED & ENTERED              |
|    +----------------------------+    |
|    |       MAR 30 2010          |    |
|    +----------------------------+    |
|   CLERK U.S. BANKRUPTCY COURT        |
|   Central District of California     |
|   BY steinbar  DEPUTY CLERK          |
+--------------------------------------+
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re

RHONDA CAMPBELL

    Debtor,

)
)  Case No. 8:09-12236 TA
)
)  ORDER GRANTING DEBTORS
)  MOTION TO MODIFY SECURED
)  DEBT PAYMENT
)
)  Chapter 13
)
)  NO HEARING REQUIRED
)
)
)
)
)
)
)
)
)

    Having reviewed the moving papers filed, and supporting documentation, and there being no timely opposition, the court hereby orders the following:

1. Debtor is authorized to enter in the following modification agreement with LITTON LOAN SERVICING pertaining to the debt secured by 12312 Lambert Circle, Garden Grove, CA 92841 (the "property"), under the following terms and payment schedule:

    a. The new principal balance will be $503, 470.11

b.  The monthly payment of principal and interest will be $2,205.63 plus $573.03 for taxes and insurance, for a total monthly payment of $2,779.66. Future advances from escrow will result in a payment increase to cover that shortage.

### ###

DATED: March 30, 2010

United States Bankruptcy Judge

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING DEBTORS MOTION TO MODIFY SECURED DEBT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 8, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

· Amrane Cohen efile@ch13ac.com
· Matthew E Faler mfaler@faler-law.com
· United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Rhonda Campbell
12312 Lambert Circle
Garden Grove, CA 92841

# EXHIBIT D

1  **The Law Offices of Matthew E. Faler**
   Matthew E. Faler, Esq (SBN 243067)
2  17330 Brookhurst St Ste 240
   Fountain Valley, CA 92708
3  Telephone No: (714) 465-4433
   Facsimile No: (714) 965-7823
4
   Attorney for Debtor Rhonda Campbell

```
FILED & ENTERED

SEP 10 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo      DEPUTY CLERK
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | ) Case No.: 8:09-bk-12236-TA |
| | ) |
| | ) Chapter 13 |
| | ) |
| | ) ORDER GRANTING MOTION TO AVOID LIEN |
| Rhonda Campbell | ) OF HSBC BANK |
| | ) |
| | ) Hearing Held: July 27, 2010 |
| | ) Time: 2:00 p.m. |
| | ) Location: 411 W. Fourth Street, Santa Ana, CA |
| Debtor, | ) 92701, Courtroom 5B |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

The above-referenced matter having come on regularly for hearing on the date, at the time, and in the courtroom above-referenced, with the parties being present as stated on the record, and the court have considered the matter, and good cause appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. The second deed of trust recorded by HSBC Bank and Its Successors, Assignees, and Transferees, against the real property located at 12312 Lambert Circle, Garden Grove, CA

- 1 -
Order Granting Motion

92841, is deemed wholly unsecured for purposes of the Chapter 13 because the value of the real property does not exceed the amount of the first lien currently held or serviced by People's Choice Home Loan, and Its Successors, Assignees, and Transferees;

2. Upon completion of the Chapter 13 plan and entry of discharge, the second lien of HSBC Bank, and Its Successors, Assignees, and Transferees will not constitute an encumbrance against said real property;

3. Upon completion of the plan and entry of discharge, HSBC Bank, and Its Successors, Assignees, and Transferees shall reconvey the second deed of trust to debtors, and take all steps necessary to clear title of said lien;

4. Should this case be dismissed or converted to any other chapter under Title 11 prior to completion of the plan and entry of discharge, said lien will remain a valid encumbrance against the real property absent further order of this Court; and

5. That the Chapter 13 Trustee treats any corresponding proof of claim regarding the second lien filed by HSBC Bank, and Its Successors, Assignees, and Transferees as a general unsecured claim within debtors' Chapter 13 plan.

###

DATED: September 10, 2010

*Theodor C. Albert*

United States Bankruptcy Judge

| In re: | | CHAPTER: 13 |
|---|---|---|
| CAMPBELL | | |
| | Debtor(s). | CASE NUMBER: 8:09-BK-12236-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17330 Brookhurst St., Ste 240, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described _____ Proposed Order Granting Motion to Avoid Lien _____
_____ will be served
or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On __7/28/2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor Albert
411 W. 4th Street, Suite 5085
Santa Ana, CA 92701

Amrane Cohen
770 The City Dr., Ste 3300
Orange, CA 92868

United States Trustee
411 West Fourth Street
Santa Ana, CA 92701

Rhonda Campbell
12312 Lambert Circle
Garden Grove, 92841

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br><br>CAMPBELL | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER:  8:09-BK-12236-TA |

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7-28-2010 | Leslie Klott | /s/ Leslie Klott |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          **F 9021-1.1**

| In re: | CHAPTER: 13 |
| CAMPBELL | |
| Debtor(s). | CASE NUMBER: 8:09-BK-12236-TA |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an
opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)* **ORDER GRANTING MOTION TO
AVOID LIEN OF HSBC BANK**_____ was entered on the
date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s)
and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and
hyperlink to the judgment or order. As of _7/29/2010_, the following person(s) are currently on the Electronic Mail Notice
List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated
below.

Amrane Cohen        efile@ch13ac.com

Matthew E Faler on behalf of Debtor Rhonda Campbell     mfaler@faler-law.com

William Malcolm on behalf of Creditor LITTON LOAN SERVICING, LP, SERVICER FOR HSBC BANK USA, NATIONAL
ASSOCIATION, AS INDENTURE TRUSTEE FOR THE BENEFIT OF PEOPLES CHOICE HOME LOAN SECURITIES TRUST
SERIES 2005-3       bill@mclaw.org

Ramesh Singh on behalf of Interested Party Courtesy NEF      claims@recoverycorp.com

United States Trustee (SA)      ustpregion16.sa.ecf@usdoj.gov
☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by
United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated
below:

Rhonda Campbell
12312 Lambert Circle
Garden Grove, 92841
☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which
bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp
by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the
following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es)
indicated below:
☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9021-1.1**

| In re:                    |            | CHAPTER: 13                        |
|---------------------------|------------|------------------------------------|
| CAMPBELL                  |            |                                    |
|                           | Debtor(s). | CASE NUMBER: 8:09-BK-12236-TA      |

HSBC Mortgage Services
Attn: Bankruptcy
PO Box 9058
Brandon, FL 33509-9066

HSBC Bank USA, N. A.
Attn: Irene Dorner, CEO
452 5th Avenue
New York, New York, 10018

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                    **F 9021-1.1**

# EXHIBIT E

**Campbell Hour Log**

| Date | Hours | Activity |
|---|---|---|
| 2/18/10 | .5 | Drafted motion to modify secured debt. |
| 2/23/10 | .2 | Spoke with Debtor re: loan modification. |
| 3/8/10 | .2 | Drafted declaration re: Entry of Order Without Hearing for motion to modify secured debt. |
| 3/8/10 | .2 | Uploaded declaration via ECF. |
| 3/8/10 | .2 | Drafted proposed order. |
| 3/8/10 | .2 | Uploaded order via ECF. |
| 3/15/10 | .2 | Called Judge Albert's chambers regarding the order. |
| 3/19/10 | .2 | Spoke to debtor regarding the order. |
| 5/11/10 | .2 | Drafted debtor's declaration for the motion to avoid lien |
| 5/11/10 | .2 | Emailed debtor's declaration to debtor. |
| 5/19/10 | .2 | Looked up the deeds of trust and placed an order with the courier. |
| 5/27/10 | .2 | Requested recent mortgage statements from debtor. |
| 5/19/10 | .4 | Drafted motion to avoid lien |
| 6/2/10 | .2 | Filed motion to avoid lien via ECF |
| 7/27/10 | .2 | Drafted order for motion to avoid lien |
| 7/28/10 | .2 | Uploaded order for motion to avoid lien |
| 6/2/10 | Certified mail $2.80 | |
| Total: | 7.7 hours x $200/hr = $1540 Certified mail = $2.80 Total: 1542.80 | |

| | FOR COURT USE ONLY |
|---|---|
| Attorney or Party Name, Address, Telephone and FAX Number, and California State Bar No.<br><br>**Matthew E. Faler**<br>**17330 Brookhurst St., Suite 240**<br>**Fountain Valley, CA 92708**<br>**(714) 465-4433 Fax: (714) 965-7823**<br>California State Bar Number: **243067**<br><br>☒  Attorney for Debtor<br>☐  Chapter 13 Trustee | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER **13**<br><br>CASE NUMBER **8:09-bk-12236-TA** |
|---|---|
| In re<br><br>          **Rhonda Denise Campbell**<br><br><br><br>                                             Debtor(s). | **ORDER ON APPLICATION FOR**<br>**SUPPLEMENTAL FEES**<br><br>(No Hearing Required) |

Based on the Application for Supplemental Fees ("Application") filed on  __09/30/10__   as docket entry
number  __69__   and the recommendation of the Chapter 13 Trustee, it is ORDERED:

☒  that the sum of $ **$1542.80**   is hereby allowed Applicant as compensation for extraordinary services referred to in the
Application and the Chapter 13 Trustee is directed to pay the unpaid balance of $ **$1542.80**  , from the estate of the
debtor(s) as funds permit.

☐  that Applicant calendar the Application for hearing before the undersigned Bankruptcy Judge and that Applicant give
appropriate notice of the hearing to the debtor(s) and the Chapter 13 Trustee.

☐  that the Application be set for hearing on:  _____  at  ___.m.
                                                                  (Date)          (Time)

Comments:  _____

### ###

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Order on Chapter 13 Debtor's Motion - Page 2

**F 3015-1.14**

In re:

**Rhonda Denise Campbell**

CHAPTER 13

Debtor(s).    CASE NUMBER **8:09-bk-12236-TA**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.   Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.   My business address is: 17330 Brookhurst Street, Ste 240, Fountain Valley CA 92708

A true and correct copy of the foregoing document described as   **Order on Application for Additional Costs**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On   **10/29/2010**   , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodor Albert**
**U.S. Bankruptcy Court**
**411 West Fourth Street, Suite 5085**
**Santa Ana, CA 92701**

☐ Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/29/10 | Anthony Castillo | /s/ Anthony Castillo |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 3015-1.14**

Order on Chapter 13 Debtor's Motion - Page 2                                    **F 3015-1.14**

In re:                                                           CHAPTER 13

     **Rhonda Denise Campbell**

                                           Debtor(s).     CASE NUMBER **8:09-bk-12236-TA**

## NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney)
who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)* _____**Proposed Order on Application for**
**Additional Costs**_____ was entered on the date indicated as "Entered" on the first page of this judgment or
order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s)
and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and
hyperlink to the judgment or order. As of _____**10/29/2010**_____, the following
person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF
transmission at the email address(es) indicated below.

US Trustee (SA): ustpregion16.sa.ecf@usdoj.gov
Amrane Cohen (TR): efile@ch13ac.com
Matthew E Faler on behalf of Debtor: mfaler@faler-law.com
William Malcom   on behalf of Interested Party:   bill@mclaw.org
Ramesh Singh on behalf of Interested Party: claims@recoverycorp.com

                           ☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by
United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated
below:

Rhonda Campbell                  Matthew E Faler
12312 Lambert Circle             17330 Brookhurst Street, Ste 240
Garden Grove, CA 92841           Fountain Valley, CA 92708

                           ☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which
bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp
by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the
following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es)
indicated below:

                           ☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                          **F 3015-1.14**