| | FOR COURT USE ONLY |
|---|---|
| Amrane Cohen, Chapter 13 Trustee<br>770 The City Drive South, Suite 3300<br>Orange, CA 92868<br>Phone: (714) 621-0200  Fax (714) 621-0277<br><br><br>Chapter 13 Trustee | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER 8:09-bk-12236-RK |
| In re:<br><br>RHONDA DENISE CAMPBELL<br><br><br><br>Debtor(s). | **TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR SUPPLEMENTAL FEES**<br><br>(No Hearing Required) |

The undersigned Chapter 13 Trustee, having reviewed the Application for Supplemental Fees (the "Application") filed on __**9/30/2010**__ as docket entry number __**69**__, provides the following response to the Application:

☒  RECOMMENDED Allow supplemental attorney fees of $1,542.80, of which $1,542.80 is to be paid by the Trustee.  Debtor's attorney to file declaration re non-receipt of objection to the motion if no objection is filed by other parties.  Debtor's attorney to upload an electronic order approving the motion if no party objects or setting the motion for a hearing if a party files an objection to the motion.

☐  RECOMMENDED on the following conditions:
_____
_____
_____  ☐ See attached sheet.

☐  NOT RECOMMENDED for the following reasons:
_____
_____
_____  ☐ See attached sheet.

☐  NO POSITION TAKEN BY THE CHAPTER 13 TRUSTEE

☐  SET FOR HEARING.

Dated: 10/31/2010__                    /S/_____
                                       Amrane Cohen, Chapter 13 Trustee

| In re: RHONDA DENISE CAMPBELL | Debtor(s). | CHAPTER 13 |
|---|---|---|
| | | CASE NUMBER 8:09-bk-12236-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 The City Drive South, Suite 3300, Orange, CA 92868

A true and correct copy of the foregoing document described **TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR SUPPLEMENTAL FEES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/1/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On 11/1/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

RHONDA DENISE CAMPBELL
12312 LAMBERT CIR
GARDEN GROVE, CA 92841

MATTHEW E FALER
LAW OFFICES OF MATTHEW E FALER
17330 BROOKHURST ST SUITE 240
FOUNTAIN VALLEY, CA 92708

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Hon. ROBERT N. KWAN

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/1/2010 | Reyna Patrick | /S/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |